# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Moore Enterprises, Inc., <br> d/b/a Firstat Nursing Services, on behalf <br> of itself and all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Axxess Consult, Inc. and Adeniyi O. Olajide <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 12-cv-2213 JWL/DJW <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action without prejudice.

Respectfully submitted,

**WOOD LAW FIRM, LLC**

By_____/s/Michael T. Miller_____
Noah K. Wood          KS Bar #23238
noah@woodlaw.com
Michael T. Miller       KS Bar #24353
mike@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff

**LATHROP & GAGE LLP**

By_____/s/ David C. Vogel_____
David C. Vogel         KS Bar # 18129
dvogel@lathropgage.com
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108
T: (816) 292-2000
F: (816) 292-2001

Attorneys for Defendants